BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESHAWN RAY,<br>DAMION EDGERSON, and<br>REGINALD THOMAS<br><br>Defendants. | Case No. 2:11-cr-00216-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FOR PURPOSES OF THE SPEEDY TRIAL ACT WITH RESPECT TO DEFENDANTS RAY AND THOMAS |

Plaintiff United States of America, by and through Assistant United States Attorney Matthew Morris and Defendants, Deshawn Ray, by and through his attorney, Julius Engel, and Reginald Thomas, by and through his attorney Colin Cooper, hereby stipulate as follows:

The parties agree that the status conference scheduled for January 31, 2013, be continued to March 7, 2013. The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

///
///

1

1  Defendants Ray and Thomas are reviewing discovery and
2  investigating the case, and are in discussions with the United States
3  regarding potential resolution of the case without trial.

4  The government will require time to consider information not
5  previously available to it before being able to determine whether
6  that information affects the position the government would take in
7  resolving the case or proceeding to trial.

8  The requested continuance is not based on congestion of the
9  Court's calendar, lack of diligent preparation on the part of the
10 attorney for the government or the defense, or failure on the part of
11 the attorney for the government to obtain available witnesses.

12 For purposes of computing the date under the Speedy Trial Act by
13 which defendant's trial must commence, the parties agree that the
14 time period of January 31, 2013, to March 7, 2013, inclusive, should
15 be excluded pursuant to 18 U.S.C. Section 3161 because:

16 Under 18 U.S.C. Section 3161(h)(7)(B)(iv) and local code T4, the
17 delay results from a continuance granted by the Court at the
18 defendant's request, with the agreement of the government, on the
19 basis of the Court's finding that: (i) the delay will allow defense
20 counsel reasonable time to prepare; and (ii) the ends of justice
21 served by the continuance outweigh the best interest of the public
22 and defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: January 29, 2013   /s/ Matthew Morris
                          MATTHEW G. MORRIS
                          Assistant United States Attorney

DATED: January 29, 2013   /s/ Julius Engel, (as authorized 1/28/13)
                          JULIUS ENGEL
                          Attorney for DESHAWN RAY

|   |   |
|---|---|
| DATED: January 29, 2013 | /s/ Colin Cooper, (as authorized 1/28/13)<br>COLIN COOPER<br>Attorney for REGINALD THOMAS |

**ORDER**

**IT IS SO ORDERED.**

DATED:  February 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE