# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>        v.<br><br>**DESHAWN RAY,**<br><br>                Defendant. | CR NO: 2:11-CR-216 MCE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum         ☒ Ad Testificandum

Name of Detainee: Debbrah Easterwood
Detained at: Stanislaus County Jail

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: ___
- or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on December 8-9 2014 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew G. Morris |
| Printed Name & Phone No: | MATTHEW G. MORRIS (916) 554-2820 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☐ Ad Prosequendum         ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on December 8-9, 2014**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 12/2/2014

/s/ Carolyn K. Delaney
Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Debbrah Rochelle Easterwood | ☐ Male ☒ Female | |
| Booking or CDC #: | 1362635 | DOB: | 10/09/1978 |
| Facility Address: | PSC 200 East Hackett Road, Modesto, | Race: | |
| Facility Phone: | Units 1 & 2 (209) 525-5630 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: ___

(signature)