IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №:2:11-cr-00216 MCE |
| Plaintiff, | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | |
| DAMION E. EDGERSON, | |
| Defendant. | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 3583

CJA Panel attorney David D. Fischer is hereby appointed effective August 31, 2015, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: September 3, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL 1