IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:11-cr-00216 MCE |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| DAMION E. EDGERSON, | ) | |
| Defendant. | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 3583

CJA Panel attorney David D. Fischer is hereby appointed effective August 31, 2015, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED FINANCIAL AFFIDAVIT SUPPORTING APPOINTMENT.**

Dated:  September 3, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL        1