Case 2:11-cr-00216-MCE   Document 252   Filed 01/06/16   Page 1 of 2

AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **DAMION E EDGERSON** | (For Offenses Committed On or After November 1, 1987) |
| | Criminal Number: **2:11CR00216-03** |
| | Defendant's Attorney: Erin Radekin, Appointed |

**THE DEFENDANT:**

[✓]   admitted guilt to violation of charge  4  as alleged in the violation petition filed on  7/30/2015 .

[ ]   was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 4 | Unauthorized Travel | 07/29/2015 |

The court:   [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on  2/7/2013 .

   The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]   Charge  1, 2, and 3  are dismissed.

   **Any previously imposed criminal monetary penalties that remain unpaid shall remail in effect.**

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/20/2015
Date of Imposition of Sentence

Signature of Judicial Officer
**Morrison C. England, Jr.**, United States District Judge
Name & Title of Judicial Officer
1/6/2016
Date

Case 2:11-cr-00216-MCE   Document 252   Filed 01/06/16   Page 2 of 2

AO 245B-CAED(Rev. 09/2011) Sheet 2 - Imprisonment

DEFENDANT: **DAMION E EDGERSON**
CASE NUMBER: **2:11CR00216-03**

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>13 months</u>.

[ ]  No TSR: Defendant shall cooperate in the collection of DNA.

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district
  [ ]   at ___ on ___.
  [ ]   as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ]   before ___ on ___.
  [ ]   as notified by the United States Marshal.
  [ ]   as notified by the Probation or Pretrial Services Officer.
  If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                          _____
                                                          United States Marshal

                                                          _____
                                                          By Deputy United States Marshal